MANHATTAN MORTGAGE COMPANY, Appellant, v. AUGUSTUS B. CARRINGTON and Another, Individually and as Directors, etc., of the Plaintiff, and as Copartners, etc., Respondents.— Order granting in part defendants' motion for examination before trial affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

etc., Respondents.— Order so far as it denies plaintiff's motion for examination before trial as to items 3, 4 and 5, reversed, with ten dollars costs and disbursements, and motion granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.